# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY (US) HOLDINGS, INC. and SEAGATE TECHNOLOGY LLC,<br><br>                  Defendants. | Case No.: 2:16-cv-00538-CB |

**JOINT REDACTED VERSIONS OF PRETRIAL STATEMENT FILINGS**

In accordance with the Court's March 17, 2022 Order on the parties' joint motions regarding proposed redactions to their respective pretrial statement filings (Doc. 418), the parties hereby submit the following redacted versions of documents previously filed with the Court under seal:

| Item | Previous Filing Docket No. | Description |
|---|---|---|
| 1 | 247-2 | Plaintiff's Pretrial Statement Exhibit B – Trial Exhibit List |
| 2 | 247-3 | Plaintiff's Pretrial Statement Exhibit C – Initial Expert Report of Dr. Kevin Coffey |
| 3 | 247-4 | Plaintiff's Pretrial Statement Exhibit D – Initial Expert Report of Dr. William Alan Thomas Clark |
| 4 | 247-5 | Plaintiff's Pretrial Statement Exhibit E – Expert Report of Catharine M. Lawton |
| 5 | 247-6 | Plaintiff's Pretrial Statement Exhibit F – Reply Expert Report of Dr. Kevin Coffey |
| 6 | 247-7 | Plaintiff's Pretrial Statement Exhibit G – Reply Expert Report of Catharine M. Lawton |
| 7 | 247-8 | Plaintiff's Pretrial Statement Exhibit H – Reply Expert Report of Dr. William Alan Thomas Clark |
| 8 | 255-2 | Defendants' Pretrial Statement Exhibit B – Trial Exhibit List |
| 9 | 255-3 | Defendants' Pretrial Statement Exhibit C – Expert Report of Dr. Eric E. Fullerton |
| 10 | 255-4 | Defendants' Pretrial Statement Exhibit D – Expert Report of Dr. Eric Stach |
| 11 | 255-7 | Defendants' Pretrial Statement Exhibit G – Rebuttal Expert Report of John C. Jarosz |
| 12 | 255-8 | Defendants' Pretrial Statement Exhibit H – Supplemental Expert Report of John C. Jarosz |

Dated: March 22, 2022

By: /s/ Denise M. De Mory

John W. McIlvaine, III
Christian D. Ehret
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
T : (412) 471-8815
F: (412) 471-4094
jmcilvaine@webblaw.com

By: /s/ Helen E. Chacon

Eric G. Soller (PA 65560)
PIETRAGALLO GORDAN ALFANO
BOSICK & RASPANTI, LLP
38th floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 263-2000
egs@pietragallo.com

Case 2:16-cv-00538-CB   Document 426   Filed 03/22/22   Page 3 of 4

cehret@webblaw.com

Patrick J. McElhinny, Esq.
Pa. I.D. No. 53510
Christopher M. Verdini, Esq.
Pa. I.D. No. 93245
Anna Shabalov, Esq.
Pa. I.D. No. 315949
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: 412-355-6334
Fax: 412-355-6501
patrick.mcelhinny@klgates.com
christopher.verdini@klgates.com
anna.shabalov@klgates.com

Henry C. Bunsow (*pro hac vice*)
Denise De Mory (*pro hac vice*)
Corey Johanningmeier (*pro hac vice*)
Richard C. Lin (*pro hac vice*)
Michael E. Flynn-O'Brien (*pro hac vice*)
Jennifer L. Gilbert (*pro hac vice*)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
rlin@bdiplaw.com
jgilbert@bdiplaw.com
mflynnobrien@bdiplaw.com

*Attorneys for Plaintiff*
*Lambeth Magnetic Structures, LLC*

David J.F. Gross (admitted *pro hac vice*)
Helen E. Chacon (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Tel: (650) 324-6700
david.gross@faegredrinker.com
helen.chacon@faegredrinker.com

Chad Drown (admitted *pro hac vice*)
Kevin P. Wagner (admitted *pro hac vice*)
Katherine S. Razavi (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
chad.drown@faegredrinker.com
kevin.wagner@faegredrinker.com
kate.razavi@faegredrinker.com

*Attorneys for Defendants Seagate Technology*
*(US) Holding, Inc. and Seagate Technology LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing Joint Redacted Versions of Pretrial Statement Filings with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

                                          **BUNSOW DE MORY LLP**

                                          */s/ Denise M. De Mory*
                                          Denise M. De Mory