UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEAGATE TECHNOLOGY (US) HOLDINGS, INC. and SEAGATE TECHNOLOGY LLC, <br><br> Defendants. | ) Civil Action No. 2:16-cv-00538-CB <br> ) <br> ) Judge Cathy Bissoon <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF LAMBETH MAGNETIC STRUCTURES, LLC'S
NOTICE OF CORRECTED ATTACHMENT TO THE JOINT REDACTED VERSIONS
OF PRETRIAL STATEMENT FILINGS**

Plaintiff, Lambeth Magnetic Structures, LLC ("Lambeth"), hereby submits a corrected Item 4 to the Joint Redacted Versions of Pretrial Statement Filings filed at Docket 426-4.

Dated: March 23, 2022

By: */s/ Denise M. De Mory*

John W. McIlvaine, III
Christian D. Ehret
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
T : (412) 471-8815
F: (412) 471-4094
jmcilvaine@webblaw.com
cehret@webblaw.com

Patrick J. McElhinny, Esq.
Pa. I.D. No. 53510
Christopher M. Verdini, Esq.
Pa. I.D. No. 93245
Anna Shabalov, Esq.
Pa. I.D. No. 315949
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, PA 15222

        Tel: 412-355-6334
        Fax: 412-355-6501
        patrick.mcelhinny@klgates.com
        christopher.verdini@klgates.com
        anna.shabalov@klgates.com

        Henry C. Bunsow (*pro hac vice*)
        Denise De Mory (*pro hac vice*)
        Corey Johanningmeier (*pro hac vice*)
        Richard C. Lin (*pro hac vice*)
        Michael E. Flynn-O'Brien (*pro hac vice*)
        Jennifer L. Gilbert (*pro hac vice*)
        BUNSOW DE MORY LLP
        701 El Camino Real
        Redwood City, CA 94063
        Telephone: (650) 351-7248
        Facsimile: (415) 426-4744
        hbunsow@bdiplaw.com
        ddemory@bdiplaw.com
        cjohanningmeier@bdiplaw.com
        rlin@bdiplaw.com
        jgilbert@bdiplaw.com
        mflynnobrien@bdiplaw.com

        *Attorneys for Plaintiff*
        *Lambeth Magnetic Structures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I electronically filed the foregoing Joint Redacted Versions of Pretrial Statement Filings with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**BUNSOW DE MORY LLP**

*/s/ Denise M. De Mory*
Denise M. De Mory