## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-538 |
| v. | ) |
| | ) Judge Cathy Bissoon |
| SEAGATE TECHNOLOGY (US) HOLDINGS, INC., *et al.*, | ) |
| Defendants. | ) |

## VERDICT SLIP

**QUESTION 1: INFRINGEMENT**

Did LMS prove by a preponderance of the evidence that Seagate infringes the following claims of the '988 Patent?

| | YES (for LMS) | NO (for Seagate) |
|---|---|---|
| Claim 1 | | No |
| Claim 3 | | No |
| Claim 6 | | No |
| Claim 7 | | No |
| Claim 9 | | No |
| Claim 17 | | No |
| Claim 19 | | No |
| Claim 27 | | No |
| Claim 28 | | No |
| Claim 29 | | NO |

**QUESTION 2: INVALIDITY**

Did Seagate prove by clear and convincing evidence that the following claims of the '988 Patent

are invalid?

| | **YES (for Seagate)** | **NO (for LMS)** |
|---|---|---|
| Claim 1 | | No |
| Claim 3 | | No |
| Claim 6 | | No |
| Claim 7 | | No |
| Claim 9 | | No |
| Claim 17 | | No |
| Claim 19 | | No |
| Claim 27 | | NO |
| Claim 28 | | NO |
| Claim 29 | | NO |

*Answer Question 3 below only if both of the following are true:*

- *You answered "yes" to Question 1 for at least one claim.*

- *For that same claim, you answered "no" to Question 2.*

**QUESTION 3: DAMAGES**

What amount has LMS proven by a preponderance of the evidence that it is entitled to as a

reasonable royalty for Seagate's infringement of the '988 patent?

$\underline{\hspace{3cm}}$

*Your deliberations are now complete.  Sign this verdict form and notify the clerk that*

*your deliberations are complete.*

Dated: 04/14/2022

_____
Foreperson

Remaining Jurors

_____

_____

_____

_____

_____

3