# UNITED STATES DISTRICT COURT
for the
Western Distrit of Pennsylvania

| | |
|---|---|
| LAMBETH MAGNETIC STRUCTURES, LLC <br> *Plaintiff* <br> v. <br> SEAGATE TECHNOLOGY (US) HOLDINGS, INC et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 16-538 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Judgment entered as to the Jury Verdict on 4/14/22, in favor of SEAGATE TECHNOLOGY (US) HOLDINGS, INC, SEAGATE TECHNOLOGY LLC, as to Infringement.

This action was *(check one)*:

☒ tried by a jury with Judge   Cathy Bissoon   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   4/19/22

*CLERK OF COURT*

s./ James H, Imhof, Courtroom Deputy

*Signature of Clerk or Deputy Clerk*